**Randall Dean WILHITE, Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD33061.**

Missouri Court of Appeals, Western District.

Aug. 10, 1982.

Russell C. Still, Asst. Public Defender, 13th Judicial Circuit, Columbia, for movant-appellant.

John Ashcroft, Atty. Gen., Priscilla F. Gunn, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and PRITCHARD and DIXON, JJ.

## ORDER

PER CURIAM:

Appeal from an order denying movant's Rule 27.26 motion.

Judgment affirmed. Rule 84.16(b).